

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIOLET JOANN AGNES BIRDINGROUND,<br><br>Defendant. | CR 17-37-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, VIOLET JOANN AGNES BIRDINGROUND is hereby released from the custody of the U.S. Marshal Service.

DATED this 1st day of November, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1