IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIOLET JOANN AGNES BIRDINGROUND,<br><br>Defendant. | CR 17-37-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Probation (Doc. 36), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. VIOLET BIRDINGROUND's probation is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 26th day of February, 2021.

SUSAN P. WATTERS
United States District Judge